AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida ▾

| | |
|---|---|
| Iris Weekley, etc. | ) |
| v. | ) |
| Nick Embry | ) Case No.: 5:12-cv-170-MW-CJK |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___10/30/2014___ against ___Iris Weekley, etc.___ ,
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 455.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 765.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 3,551.19 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,746.81 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 31,318.77 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL $ | 37,836.77 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney:  Carl R. Peterson, Jr.

For: ___Nick Embry___          Date: ___11/10/2014___
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

| | By: | | |
|---|---|---|---|
| *Clerk of Court* | | *Deputy Clerk* | *Date* |

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| SEE ATTACHED | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | | | Iris Weekley, etc. v. Nick Embry | | | |
| | | | Case No. 5:12cv170 | | | |
| Bill Date | Dur/Qty | Billed Amt | Description | Staff | Bill Code | Time/Exp |
|---|---|---|---|---|---|---|
| | | | **COPIES/PRINTING** | | | |
| 10/29/2012 | 1 | 86.16 | HealthPort - copies of plf's medical records from Twin Cities Hospital (Inv. 0117117868) | BHC | OUT | E |
| 11/8/2012 | 1 | 13.45 | Photocopies - outside charges to City of Crestview | BHC | OUT | E |
| 12/20/2012 | 1 | 26.77 | Photocopies - outside charges to HealthPort | BHC | OUT | E |
| 3/29/2013 | 1 | 96.75 | Legally Copied - Copy CDs for exhibits to MSJ (Inv. 24795) | BHC | OUT | E |
| 4/9/2013 | 1 | 75.25 | Legally Copied - Inv. #24852 (Copy CDs - Exhibits to MSJ) | BHC | OUT | E |
| 10/4/2013 | 1 | 1,304.57 | Legally Copied - copying and binding of initial brief (Inv. 26007)` | BHC | OUT | E |
| 12/16/2013 | 1 | 72.56 | Photocopies - outside charges Legally Copied, Inc. | BHC | OUT | E |
| 9/16/2014 | 98 | 9.80 | Bulk copy charge (copies for trial) | BHC | BC | E |
| 10/20/2014 | 115 | 11.50 | Bulk copy charge (copies for trial) | BHC | BC | E |
| 10/24/2014 | 1 | 50.00 | All Florida Mediaworks - edit audio tape/interview of M. Burch for use at trial (Inv. #02014066 | BHC | OUT | E |
| | | 1,746.81 | | | | |
| | | | **WITNESS FEES** | | | |
| 12/10/2012 | 1 | 3,000.00 | Gary A. Rini - Defense Expert Witness | BHC | EXP | E |
| 12/11/2012 | 1 | 42.22 | Witness fee - Katie Edwards (Deposition) | BHC | WIT | E |
| 12/11/2012 | 1 | 42.22 | Witness fee - Heather Edwards (Deposition) | BHC | WIT | E |
| 12/11/2012 | 1 | 55.54 | Witness fee - Mary Burch (Deposition) | BHC | WIT | E |
| 12/12/2012 | 1 | 1,400.00 | David Balash - Plaintiff's Expert Witness (deposition). | BHC | EXP | E |
| 12/26/2012 | 1 | 3,000.00 | Gary Rini, M.F.S. - Defense Expert Witness Fee | BHC | EXP | E |
| 1/21/2013 | 1 | 1,500.00 | Kris L. Sperry, MD - Defense Expert Witness Fee | BHC | EXP | E |
| 2/25/2013 | 1 | 2,500.00 | Cyril H. Wecht & Pathology Associates, Inc. - Plf's Expert Witness Fee (Deposition) | BHC | EXP | E |
| 3/1/2013 | 1 | 3,500.00 | Kris L. Sperry, M.D. - Defense Expert Witness Fee | BHC | EXP | E |
| 6/3/2013 | 1 | 600.00 | Gary A. Rini - Defense Expert Witness | BHC | EXP | E |
| 10/7/2014 | 1 | 231.52 | Brad Embry - witness/mileage fee (Trial) | BHC | WIT | E |
| 10/7/2014 | 1 | 154.24 | Donna Smith - witness/mileage fee (Trial) | BHC | WIT | E |
| 10/8/2014 | 1 | 96.00 | Richard Kidder - Mileage/Witness Fee (Trial) | BHC | WIT | E |
| 10/15/2014 | 1 | 5,000.00 | Kris L. Sperry, MD - Defense Expert Witness Fee | BHC | EXP | E |
| 10/21/2014 | 1 | 7,545.00 | Gary Rini, M.F.S. - Defense Expert Witness Fee (Trial) | BHC | EXP | E |
| 11/7/2014 | 1 | 2,652.03 | Kris L. Sperry, MD - Defense Expert Witness Fee | BHC | EXP | E |
| | | 31,318.77 | | | | |
| | | | **FILING FEE(S)** | | | |
| 6/14/2013 | 1 | 455.00 | Carl R. Peterson - Reimbursement for Filing Fee (appeal) | BHC | FIL | E |

| | | | SERVICE FEES (SUMMONS/SUBPOENAS) | | | |
|---|---|---|---|---|---|---|
| 10/20/2014 | 1 | 45.00 | Robert Tarter - Service Fee (additional location) | BHC | SVC | E |
| 10/10/2014 | 1 | 75.00 | Robert Tarter - Service Fee (1 trial subpoena - Laurel Hill address) | BHC | SVC | E |
| 10/7/2014 | 1 | 40.00 | Walton Co. Sheriff's Office- Service Fee  (2 trial subpoenas) | BHC | SVC | E |
| 10/7/2014 | 1 | 30.00 | Robert Tarter - Service Fee (1 trial subpoena) | BHC | SVC | E |
| 9/10/2014 | 1 | 75.00 | Dewayne Evans - Service Fee (out of state service - depo subpoena) | BHC | SVC | E |
| 1/21/2013 | 1 | 65.00 | Diane Carmichael Process Service (Service Fee - Mary Burch subpoena). | BHC | SVC | E |
| 12/11/2012 | 1 | 195.00 | Service Fee - Diane Carmichael Process Service | BHC | SVC | E |
| 10/9/2012 | 1 | 240.00 | Emerald Coast Legal Process - Service Fee  (6 non-party subpoenas) | BHC | SVC | E |
| | | 765.00 | | | | |
| | | 765.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | COURT REPORTING/TRANSCRIPT FEES | | | |
| 10/23/2014 | 1 | 431.60 | Freedom Reporting - discovery deposition (transcript of Rhonda Daugherty) - Inv. 194783 | BHC | TRAN | E |
| 10/21/2014 | 1 | 169.00 | Freedom Reporting - (videotaped) deposition transcript of Rhonda Daugherty (Inv. #194379) | BHC | TRAN | E |
| 7/16/2013 | 1 | 379.60 | Lisa Girod Jones, RMR, CRR - Inv. 02013072 - Transcript of 6-5-13 hearing on all pending motions. | BHC | TRAN | E |
| 4/25/2013 | 1 | 385.10 | Hitchcock & Associates (transcripts:  Lawson, Desposito, Nordstrom, Causey & Millward) - Inv. #13-2683FS | BHC | TRAN | E |
| 4/19/2013 | 1 | 772.30 | Daniels & Rackard Reporting - Depo Transcripts:  Embry, Adkinson, Chamblee, McDermon & Rowell (Inv. RD12-1 | BHC | TRAN | E |
| 4/3/2013 | 1 | 273.45 | Snyder Reporting Service - Deposition transcript of Dr. Cyril Wecht (Inv. 1978-J0 | BHC | TRAN | E |
| 3/7/2013 | 1 | 317.80 | Wilkinson & Associates - Deposition Transcripts:  Katie Weekley and Iris Weekley (Inv. W13-016) | BHC | TRAN | E |
| 2/11/2013 | 1 | 379.69 | Daniels & Rackard Reporting - Deposition transcript:  Mary Burch (Inv. SR13-0130-3a) | BHC | TRAN | E |
| 1/4/2013 | 1 | 442.65 | Transcript Costs - Hanson/Renaissance - Court Reporters & Video | BHC | TRAN | E |
| | | 3,551.19 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GRAND TOTAL: | | 37,836.77 | | | | |

COPIES AND PRINTING

# CHECK REQUEST

Payee(s):          HealthPort

Check Amount:      $86.16

For:               Plf's Medical Records from Twin Cities Hospital

Charge to:   Firm          _____

             Client:       1972          (Est. of Weekley v. WCSO)
                           _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.

HealthPort
Client Costs Advanced:Photocopies     #1972                    11/28/2012          16962

                                                                                   86.16

Checking              Invoice #0117117868

                                                                                   86.16

SAFEGUARD   LITHO USA   SF5L1GS   CK75081115        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143        H6GYGC0010000   T03SF005168

SF5001-1

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 3C 384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

**Invoice #:** 0117117868
**Date:** 10/23/2012
**Customer #:** 1304236

| Ship to: |
| --- |
| CARL R PETERSON JR
JOLLY AND PETERSON
PO BOX 37400
TALLAHASSEE, FL 32315 |

| Bill to: |
| --- |
| CARL R PETERSON JR
JOLLY AND PETERSON
PO BOX 37400
TALLAHASSEE, FL 32315 |

| Records from: |
| --- |
| TWIN CITIES HOSPITAL
2190 HWY 85 NORTH
NICEVILLE, FL 32578 |

**Requested By:** JOLLY AND PETERSON
**Patient Name:** WEEKLEY JEFFREY

**DOB:** 072669
**FILE NUMBER:** 1972

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 75 | 1.00 | 75.00 |
| Shipping | | | 5.15 |
| Subtotal | | | 80.15 |
| Sales Tax | | | 6.01 |
| Invoice Total | | | 86.16 |
| Balance Due | | | 86.16 |

**Pay your invoice online at** www.HealthPortPay.com

Terms: Net 30 days          **Please remit this amount : $ 86.16 (USD)**

# CHECK REQUEST

**November 8, 2012**

Payee(s):  City of Crestview

Tax ID.:

Check Amount:    $13.45

For:                 Copies

Charge to:          Firm
                    Client:        1972        Weekly E/O Jeffery v. Walton Co.

Detail of Explanation/address of check  recipient:

City of Crestview
Office of the City Clerk
P.O. Drawer 1209
Crestview, FL 32536

Requested by:  Kathie for Carl

JOLLY & PETERSON, P.A.

City of Crestview
Client Costs Advanced:Photocopies        #1972                        11/16/2012        16932

                                                                                        13.45

Checking              Copies - Nicholas Embry

SAFEGUARD. LITHO USA   SF5001-1   SFSL10S  CK7S08111S        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143        13.45

                                                                        H6GYGC0010000   T03SF005168



# CITY OF CRESTVIEW

### OFFICE OF THE CITY CLERK
P.O. DRAWER 1209, CRESTVIEW, FLORIDA 32536
PHONE # (850) 682-1091 FAX # (850) 682-8077
PAYROLL DEPT. (850) 682-1560 EXT. 268

November 5, 2012

Jolly & Peterson, P.A.
2145 Delta Boulevard
Suite 200
Tallahassee, FL 32303

Ref.  Nicholas C. Embry

To whom it may concern:

Enclosed are the copies of former Police Officer Nicholas Embry personnel file that you
requested.  The cost for the records is $10.35/ 15 cent per copy and shipping cost is $ 3.10.
Please remit **$13.45**.  Please make check payable to the City of Crestview.

Thank You,

*Tammie Johnson*

Tammie Johnson
Payroll Bookkeeper
City of Crestview

*Jolly & Peterson, P.A. — RECEIVED*

# CHECK REQUEST

**December 20, 2012**

Payee(s): HealthPort

ID #: 58-2659941

Check Amount: $26.77

For: Copies

Charge to: Firm ____

Client: 1972 Weekly, Jeffrey v. Walton Co.

Detail of Explanation/address of check recipient:

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740

Requested by: Kathie for Carl

JOLLY & PETERSON, P.A.

HealthPort

Client Costs Advanced:Photocopies #1972 1/16/2013 26.77

17111

Checking Invoice #011969854 7 26.77

SF5001-1
TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143
SAFEGUARD LITHO USA SFSLTGS CK7S08111S
H6GYGC0010000 T03SF005168

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE

**Invoice #:** 0119698547
**Date:** 12/14/2012
**Customer #:** 1495634

| Ship to: | Bill to: | Records from: |
|---|---|---|
| CARL PETERSON | CARL PETERSON | FORT WALTON BEACH MEDICAL CNTR |
| JOLLY AND PETERSON | JOLLY AND PETERSON | 1000 MAR WALT DRIVE |
| 2145 DELTA BLVD SUITE 200 | 2145 DELTA BLVD SUITE 200 | FORT WALTON BEACH, FL 32547 |
| TALLAHASSEE, FL 32303- | TALLAHASSEE, FL 32303- | |

**Requested By:** JOLLY AND PETERSON          **DOB:**     072669
**Patient Name:** WEEKLEY JEFFREY

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 23 | 1.00 | 23.00 |
| Shipping | | | 1.90 |
| Subtotal | | | 24.90 |
| Sales Tax | | | 1.87 |
| Invoice Total | | | 26.77 |
| Balance Due | | | 26.77 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days          **Please remit this amount : $ 26.77 (USD)**

------------------------------------✂------------------------------------

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: | 0119698547 |
|---|---|
| Check # | _____ |
| Payment Amount $ | _____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

**LEGALLY COPIED, INC.**

# Invoice

122 East Sixth Avenue
Tallahassee, FL 32303
Tel (850) 222-4268  Fax (850) 205-4269
Tax ID # 04-3761967

| Date | Invoice # |
|------|-----------|
| 3/29/2013 | 24795 |

| Bill To | Customer Billing |
|---------|------------------|
| Jolly & Peterson<br>2145 Delta  Court<br>Suite 200<br>Tallahassee, FL  32303 | Re: #1972 |

| Ordered By | Due Date |
|------------|----------|
| Bev | 4/28/2013 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| CD | 9 | Copy CD | 10.00 | 90.00T |

We accept American Express, Mastercard and Visa. All invoices 90
days past due are subject to an 18% finance charge.

| | |
|---|---|
| Subtotal | $90.00 |
| Sales Tax  (7.5%) | $6.75 |
| **Total** | **$96.75** |

# Invoice

PFIED, INC.
Avenue
e, FL  32303
) 222-4268  Fax (850) 205-4269
D # 04-3761967

| Date | Invoice # |
|------|-----------|
| 4/8/2013 | 24852 |

**Bill To**

Jolly & Peterson
2145 Delta  Court
Suite 200
Tallahassee, FL  32303

**Customer Billing**

Re:  1972

| | Ordered By | Due Date |
|---|---|---|
| | Bev | 5/8/2013 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| CD | 7 | Copy CD | 10.00 | 70.00T |

*O.K. 4/-9/13*

We accept American Express, Mastercard and Visa. All invoices 90
days past due are subject to an 18% finance charge.

| | |
|---|---|
| Subtotal | $70.00 |
| Sales Tax  (7.5%) | $5.25 |
| **Total** | **$75.25** |

# LEGALLY COPIED, INC.

# Invoice

**122 East Sixth Avenue**
**Tallahassee, FL  32303**
**Tel (850) 222-4268  Fax (850) 205-4269**
**Tax ID # 04-3761967**

| Date | Invoice # |
|------|-----------|
| 10/1/2013 | 26007 |

| Bill To | Customer Billing |
|---------|------------------|
| Jolly & Peterson<br>2145 Delta  Court<br>Suite 200<br>Tallahassee, FL  32303 | Re:  1972 |

| | Ordered By | Due Date |
|---|------------|----------|
| | Bev | 10/31/2013 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| 10 | 6,754 | Light Copying | 0.10 | 675.40T |
| Color 1 | 54 | 8.5 x 11 Color Copies | 0.95 | 51.30T |
| CD | 20 | Copy CD | 10.00 | 200.00T |
| Custom | 315 | Custom Tabs; Type and Place on Blank Tabs; Insert Per Original | 0.55 | 173.25T |
| GBC | 32 | GBC Binding with Front and Back | 3.55 | 113.60T |

We accept American Express, Mastercard and Visa. All invoices 90 days past due are subject to an 18% finance charge.

| | |
|---|---|
| **Subtotal** | $1,213.55 |
| **Sales Tax  (7.5%)** | $91.02 |
| **Total** | **$1,304.57** |

# LEGALLY COPIED, INC.

# Invoice

**122 East Sixth Avenue**
**Tallahassee, FL  32303**
Tel (850) 222-4268  Fax (850) 205-4269
**Tax ID # 04-3761967**

| Date | Invoice # |
|------|-----------|
| 12/16/2013 | 26514 |

| **Bill To** | **Customer Billing** |
|-------------|----------------------|
| Jolly & Peterson<br>2145 Delta  Court<br>Suite 200<br>Tallahassee, FL  32303 | Re:  1972 |

| | | **Ordered By** | **Due Date** |
|--|--|----------------|--------------|
| | | Kathe | 1/15/2014 . |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| 10 | 255 | Light Copying | 0.10 | 25.50T |
| GBC | 12 | GBC Binding with Front and Back | 3.50 | 42.00T |

We accept American Express, Mastercard and Visa. All invoices 90
days past due are subject to an 18% finance charge.

| | |
|--|--|
| **Subtotal** | $67.50 |
| **Sales Tax  (7.5%)** | $5.06 |
| **Total**  - | $72.56 |

laura@legallycopied.com



**246 East Sixth Avenue**
**Tallahassee, Florida 32303**
**850.878.5735**

Invoice

Jolly, Peterson Firm
2155 Delta Blvd.
Tallahassee, FL 32303

Invoice #:  02014066
Date:  10/24/14

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24/14 | audio edit, #1972 Weekley | $50.00 |

Terms:  Net 30

Thank you for your business.  We look forward to serving you again.

**Thank you for your business.**

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Amount: | $50.00 |
| Amount Applied: | $0.00 |
| Balance Due: | $50.00 |

WITNESSES

## CHECK REQUEST

Payee(s):        Gary A. Rini

Check Amount:    $3,000.00

For:             Expert Witness Retainer

Charge to:  Firm        _____

            Client:      1972        Est. of Weekley v. WCSO
                        _____

Detail of Explanation/address of check recipient:

Requested by:    BEV

---

JOLLY & PETERSON, P.A.                                              17007

Gary A. Rini                                    12/10/2012
Client Costs Advanced:Witness Fee 2                        3,000.00

Checking          Retainer: Weekley v. WCSO (#1972)                    3,000.00

SAFEGUARD

## CHECK REQUEST

Payee(s):     Katie  Edwards

Check Amount:     $42.22

For:     Witness/Mileage Fee

Charge to:   Firm     _____

Client:     1972     (Est. of Weekley v. WCSO)
     _____

Detail of Explanation/address of check recipient:



JOLLY & PETERSON, P.A.                                                    17011

Katie Edwards                                          12/11/2012
Client Costs Advanced:Witness Fee                                        42.22

Checking          Witness fee: Weekley, E/O v. WCSO (#1972)                42.22

# CHECK REQUEST

Payee(s):          Heather Edwards

Check Amount:   $42.22

For:                Witness/Mileage Fee

Charge to:   Firm        _____

            Client:    1972         (Est. of Weekley v. WCSO)
                       _____

Detail of Explanation/address of check recipient:



JOLLY & PETERSON, P.A.
Heather Edwards
Client Costs Advanced:Witness Fee                          12/11/2012          1 7 0 1 0

                                                                              42.22

Checking        Witness fee: Weekley, E/O v. WCSO (#1972)                      42.22

SAFEGUARD.

# CHECK REQUEST

| | |
|---|---|
| Payee(s): | Mary Burch |
| Check Amount: | $55.54 |
| For: | Witness/Mileage Fee |

Charge to:   Firm     _____

             Client:   1972        (Est. of Weekley v. WCSO)
                      _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.                                          17009

Mary Burch                                  12/11/2012
Client Costs Advanced:Witness Fee                              55.54

Checking          Witness fee: Weekley, E/O v. WCSO (#1972)          55.54

# CHECK REQUEST

Payee(s):          David E. Balash

Check Amount:      $1400.00

For:               Expert Witness - Deposition

Charge to:  Firm          _____

            Client:          1972          (Est. of Weekley v. WCSO)
                          _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.                                        17052

David E. Balash                              12/16/2012
Client Costs Advanced:Witness Fee 2      (#1972)              1,400.00

Checking          Expert witness fee: Weekley, E/O v. WCSO              1,400.00

# CHECK REQUEST



Payee(s):        Gary A. Rini, MFS

Check Amount:    $3,000.00

For:             Expert Witness Fee

Charge to:   Firm        _____

                         1972        (Est. of Weekley v. WCSO)
             Client:      _____

Detail of Explanation/address of check recipient:

Requested by:    REV

JOLLY & PETERSON, P.A.                                          17085
  Gary A. Rini                              12/26/2012
  Client Costs Advanced:Witness Fee 2                           3,000.00

Checking        Witness fee: Weekley v. WCSO (#1972)                    3,000.00

SFS001-1                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143        H6GYGC0010000   T03SF005168
SAFEGUARD. LITHO USA   SFSLIGS  CK7S06111S

AN INDEPENDENT FORENSIC SCIENCE CONSULTANT

# GARY A. RINI, M.F.S.

28475 Lorain Road ▪ Post Office Box 609 ▪ Cleveland, Ohio 44070 ▪ Toll Free 800.268.6301

December 24, 2012

Carl R. Peterson, Jr.
Attorney-at-Law
c/o Jolly & Peterson, P.A.
2145 Delta Boulevard, Suite 200
Tallahassee, Florida 32303

**Re: Estate of Jeffrey Weekley v. Walton County Sheriff's Office, et al.**

Dear Sir:

I have completed a review and evaluation of the case materials you provided me for the above-captioned case. The total time spent on this case amounts to 20 hours. Time is charged at $300.00/hour. The total amount of fees assessed for my work is 20 hours x $300.00, for a total of $6,000.00. You have provided me with a retainer in the amount of $3,000.00. Therefore, the balance due, upon receipt is $3,000.00.

Please make check payable upon receipt to;

**Gary A. Rini**
**25191 Butternut Ridge Road**
**North Olmsted, Ohio 44070**

In lieu of my waiting to furnish you the report until payment is received, I ask that you overnight by FEDEX a check for the balance due.

I thank you in advance for your prompt attention to this request.

Gary A. Rini, M.F.S.
Forensic Science Consultant

# CHECK REQUEST

Payee(s):          Kris L. Sperry, MD

Check Amount:      $1,500.00

For:               Expert Witness Fee

Charge to:   Firm          _____

                          1972        (Est. of Weekley v. WCSO)

             Client:       _____

Detail of Explanation/address of check recipient:

Requested by:      BEV

---

JOLLY & PETERSON, P.A.                                          17168

Sperry Forensic Pathology Consultants, In                1/21/2013        1,500.00
Client Costs Advanced:Witness Fee 2      Retainer fee

Checking          Expert fee: Weekley, E/O v. WCSO (#1972)                1,500.00

H6GYGC0010000   T03SF005168

CYRIL H. WECHT, M.D., J.D.
1119 PENN AVENUE
SUITE 404
PITTSBURGH, PENNSYLVANIA 15222
(412) 281-9090
FAX (412) 261-3650
EMAIL WECHTPATH@CYRILWECHT.COM

FORENSIC PATHOLOGY
LEGAL MEDICINE

TAX ID #25-1260991

February 27, 2013

Carl R. Peterson, Jr.
JOLLY & PETERSON. P.A.
2145 Delta Boulevard, Ste 200
Tellahassee, Florida 32315

### Re:   Weekley vs Atkinson

---

PROFESSIONAL CONSULTATION BILL

Medical-Legal Consultation

Deposition in Pittsburgh, Wed. February 27, 2013-

    2hrs @ $2,500 (per fee schedule attached);

                    TOTAL:                $  2,500.00*

THANK YOU
*Payment to: Cyril H. Wecht and Pathology Associates, Inc., 1119 Penn Avenue, Suite 404,
Pittsburgh, Pennsylvania 15222, USA

2/27/2013

Cyril H. Wecht&Pathology Assocs, Inc.                                        **2,500.00

Two Thousand Five Hundred and 00/100****************************************************************************

Cyril H. Wecht&Pathology Assocs, Inc.
1119 Penn Ave., Ste. 404
Pittsburgh, PA. 15222

Expert Fee: Weekley,E/O v. WCSO

Cyril H. Wecht&Pathology Assocs, Inc.                     2/27/2013
Client Costs Advanced:Witness Fee 2        #1972                          2,500.00

Checking            Expert Fee: Weekley,E/O v. WCSO                       2,500.00

Cyril H. Wecht&Pathology Assocs, Inc.                     2/27/2013
Client Costs Advanced:Witness Fee 2        #1972                          2,500.00

Checking            Expert Fee: Weekley,E/O v. WCSO                       2,500.00

# CHECK REQUEST

## March 1, 2013

Payee(s):   Kris L. Sperry, M.D.
            Sperry Forensic Pathology Consultants, Inc.

                                        Tax ID.:  58-2279215

Check Amount:   $3500.00

For:            Expert Witness

Charge to:      Firm          _____

                Client:   1972      Weekley, E/O Jeffrey v. Walton Co.

Detail of Explanation/address of check  recipient:

        Kris L. Sperry, M.D.
        Sperry Forensic Pathology Consultants, Inc.
        170 Nixon Road
        Senoia, Georgia 30276-3291

                        Requested by:  Kathie for Carl

---

JOLLY & PETERSON, P.A.

Kris L. Sperry, M.D.                                    17359
Client Costs Advanced:Witness Fee 2   #1972      3/27/2013
                                                     3,500.00

Checking        Expert Witness Fee - Weekley v. Walton Co          3,500.00

SF5001-1                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143
SAFEGUARD  LITHO USA   SFSL1GS  CK7S08111S                          H6GYGC0010000   T03SF005168

Kris L. Sperry, M.D.
Sperry Forensic Pathology Consultants, Inc.
170 Nixon Road
Senoia, Georgia 30276-3291
Telephone: (770) 599-9528

# Invoice

| Date Issued | DUE DATE |
|---|---|
| 2/25/2013 | 3/25/2013 |

| BILL TO |
|---|
| Jolly And Peterson, P.A.<br>Post Office Box 37400<br>Tallahassee, Florida 32315 |

| Attorney |
|---|
| Mr. Carl R. Peterson<br>PH: (850) 422-0282 |

| Invoice | Case |
|---|---|
| | Weekley |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Deposition Review | Video deposition of Nick Embry | 1 | 500.00 | 500.00 |
| Review of Records | Transcript of Embry's recorded statement to FDLE | 0.5 | 500.00 | 250.00 |
| Review of Records | FDLE Investigative Report | 1.5 | 500.00 | 750.00 |
| Review of Records | Expert report of David Balash | 0.5 | 500.00 | 250.00 |
| Deposition Review | David Balash | 1.5 | 500.00 | 750.00 |
| Review of Records | Expert report of C. Wecht, M.D. | 0.5 | 500.00 | 250.00 |
| Review of Records | Expert report of Gary Rini | 0.5 | 500.00 | 250.00 |
| Review of Autopsy Report | Dr. Minyard | 0.75 | 500.00 | 375.00 |
| Review of Toxicology | and Lab report | 0.25 | 500.00 | 125.00 |
| Written Report | | 3 | 500.00 | 1,500.00 |
| | | | | 0.00 |
| Retainer | Amount received<br>Jolly and Peterson<br>Check Number 17168 | 1 | -1,500.00 | -1,500.00 |

| Total | 3,500.00 |
|---|---|

FEIN for Dr. Sperry: 58-2279215
In the matter of Weekley v. Walton County SO (Adkinson and Embry)
Your matter number: 1972

# CHECK REQUEST

Payee(s):          Gary A. Rini

Check Amount:   $600.00

For:                Expert Witness

Charge to:   Firm          _____

                           1972        (Est. of Weekley v. WCSO)

            Client:          _____

Detail of Explanation/address of check recipient:

Requested by:     BEV

---

JOLLY & PETERSON, P.A.

Gary A. Rini
Client Costs Advanced:Witness Fee 2                          6/7/2013          17530

                                                                                600.00

Checking                    Witness fee: Weekley v. WCSO (#1972)

                                                                                600.00

SAFEGUARD   SF5001-1   LITHO USA   SFSL16S  CK7506111S       TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143       H6GYGC0010000   T03SF005168

————— An Independent Forensic Science Consultant —————

# GARY A. RINI, M.F.S.

28475 Lorain Road ▪ Post Office Box 609 ▪ Cleveland, Ohio 44070 ▪ Toll Free 800.268.6301

June 2, 2013

Carl R. Peterson, Jr.
Attorney-at-Law
c/o Jolly & Peterson, P.A.
2145 Delta Boulevard, Suite 200
Tallahassee, Florida 32303

**Re: Estate of Jeffrey Weekley v. Walton County Sheriff's Office, et al. (Supplemental Report)**

Dear Sir:

I have completed a review and evaluation of the Motion in Limine you provided me for the above-captioned case and have prepared a supplemental report. The total time spent on this matter amounts to 2 hours. Time is charged at $300.00/hour. The total amount of fees assessed for my work is 2 hours x $300.00, for a total of $600.00.

Please make check payable upon receipt to;

**Gary A. Rini**
**25191 Butternut Ridge Road**
**North Olmsted, Ohio 44070**

Your prompt attention to this matter will be greatly appreciated

Sincerely,

Gary A. Rini, M.F.S.
Forensic Science Consultant

# CHECK REQUEST

October 8, 2014



Payee(s):        Richard Kidder

Check Amount:   $96.00

For:            Witness/Mileage Fee

Charge to:   Firm        _____

1972      (Est. of J. Weekley v. Embry)

Client:        _____

Detail of Explanation/address of check recipient:

Requested by:      BEV

JOLLY & PETERSON, P.A.                                                    18815

Richard Kidder                                      10/8/2014
Client Costs Advanced:Witness Fee      #1972                          96.00

Checking            Witness fee: Weekley v. Embry                          96.00

# CHECK REQUEST

October 7, 2014

Payee(s):          Donna Smith

Check Amount:   $154.24

For:               Witness/Mileage Fee

Charge to:   Firm        _____

              1972            (Weekley v. Embry)

        Client:      _____

Detail of Explanation/address of check recipient:

Requested by:      BEV

JOLLY & PETERSON, P.A.                                          18812

Donna Smith                                    10/7/2014
Client Costs Advanced:Witness Fee                          154.24

Checking         Witness fee - Weekley, E/O v. WCSO (#1972)            154.24

# CHECK REQUEST

### October 7, 2014

Payee(s):        Brad Embry

Check Amount:    $231.52

For:            Witness/Mileage Fee

Charge to:  Firm      _____

                      1972       (Weekley v. Embry)

        Client:    _____

Detail of Explanation/address of check recipient:

Requested by:    BEV

JOLLY & PETERSON, P.A.

Brad Embry                        10/7/2014        1881
Client Costs Advanced:Witness Fee                     231.52

Checking        Witness fee - Weekley, E/O v. WCSO (#1972)        231.52

SAFEGUARD. LITHO USA

# CHECK REQUEST

October 15, 2014

Payee(s):        Kris L. Sperry, MD

Check Amount:    $5,000.00

For:             Expert Witness Fee

Charge to:  Firm        _____

                 1972        Weekley v. Embry

          Client:        _____

Detail of Explanation/address of check recipient:

Requested by:    BEV

JOLLY & PETERSON, P.A.                                              18837

Kris L. Sperry, M.D.                                10/17/2014
Client Costs Advanced:Witness Fee 2    #1972                      5,000.00

Checking        Expert Witness Fee -  Weekley v. Embry                 5,000.00

SF5001-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143      J6H3LY0010000   T03SF005166
SAFEGUARD   LITHO USA   SF5L1GS  CK7S08111S

Kris L. Sperry, M.D.
Sperry Forensic Pathology Consultants, Inc.
170 Nixon Road
Senoia, Georgia 30276-3291
Telephone: (770) 599-9528

# Invoice

| Date Issued | DUE DATE |
|---|---|
| 10/15/2014 | 10/29/2014 |

| BILL TO | Attorney |
|---|---|
| Jolly And Peterson, P.A.<br>Post Office Box 37400<br>Tallahassee, Florida 32315 | Mr. Carl R. Peterson<br>PH: (850) 422-0282 |

| Invoice | Case |
|---|---|
| | Weekley |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Trial Testimony | Prepayment for trial testimony scheduled for Thursday, October 30, 2014 in Panama City, Florida. | 1 | 7,500.00 | 7,500.00 |

**Total**

8 5,000.00
7,500.00 pd
pd 10/15/14
TC

EIN for Dr. Sperry: 58-2279215
The matter of Weekley v. Walton County SO (Adkinson and Embry)
Your File Number: 1972
PAYMENT DUE 24 HOURS PRIOR TO SCHEDULED DEPARTURE

# Kris L. Sperry, M.D.
## Forensic Pathologist

Certified by the American Board of Pathology in:
Anatomic Pathology
Clinical Pathology
Forensic Pathology

October 15, 2014

Mr. Carl R. Peterson
Jolly and Peterson
Post Office Box 37400
Tallahassee, Florida 32315

RE: Weekley v. Walton County SO (Adkinson and Embry)
Your Matter Number: 1972

Dear Mr. Peterson:

*$ 5,000.00 per TC 10/15 and overhang fee schedule*

This comprises a bill in the amount $7,500.00 which represents my prepayment fee for live courtroom testimony in the matter of *Weekley v. Walton County SO (Adkinson and Embry)*. An invoice, fee schedule and a W-9 are included for your review.

It is not acceptable to bring payment at time of service. I require payment in advance, which must be received 24 hours prior to scheduled departure. Your office will receive a second bill for travel related expenses.

Should you have any questions, please do not hesitate to contact me by telephone, (404) 444-2167, or by e-mail address, stiffdoc@bellsouth.net.

Sincerely,

Kris L. Sperry, M.D.
FEIN: 58-2279215

KLS/jbr
Enclosures

Sperry Forensic Pathology Consultants, Inc.
170 Nixon Road
Senoia, Georgia  30276-3291
Telephone: (770) 486-5380
e-mail Dr. Sperry: stiffdoc@bellsouth.net

——————— AN INDEPENDENT FORENSIC SCIENCE CONSULTANT ———————

# GARY A. RINI, M.F.S.

28475 Lorain Road ▪ Post Office Box 609 ▪ Cleveland, Ohio 44070 ▪ Toll Free 800.268.6301

October 14, 2014

Carl R. Peterson, Jr.
Attorney-at-Law
c/o Jolly & Peterson, P.A.
2145 Delta Boulevard, Suite 200
Tallahassee, Florida 32303

**Re: Estate of Jeffrey Weekley v. Walton County Sheriff's Office, et al. (Supplemental Report)**

Dear Sir:

I have attached a completed W-9, per your request.  In addition, at your request, I have outline the fees and expenses for which I will need a check prior to making any travel arrangements.  Therefore, if you can overnight the check, it will be greatly appreciated.

Daily rate for court appearance (October 29th and 30th @$3000/day)......................................$6,000.00
Per Diem expenses (2 days at $100/day)...........................................................................200.00
Flight (R/T Cleveland to Panama City)..............................................................................500.00
Vehicle (1 day).............................................................................................................60.00
Gas (Estimate).............................................................................................................10.00
Lodging at Hilton Garden Inn (one night)...........................................................................135.00
Airport parking (Cleveland).............................................................................................40.00
Case update (renderings) and trial preparation (2 hours @ $300.00/hour)..................................600.00
**TOTAL AMOUNT DUE........................................................................................$7545.00**

Please make check payable upon receipt to;
**Gary A. Rini**
**25191 Butternut Ridge Road**
**North Olmsted, Ohio 44070**

Your prompt attention to this matter will be greatly appreciated

Sincerely,

Gary A. Rini, M.F.S.
Forensic Science Consultant

Kris L. Sperry, M.D.
Sperry Forensic Pathology Consultants, Inc.
170 Nixon Road
Senoia, Georgia 30276-3291
Telephone:  (770)  599-9528

# Invoice

| Date Issued | DUE DATE |
|---|---|
| 11/2/2014 | 12/2/2014 |

| BILL TO |
|---|
| Jolly And Peterson, P.A.<br>Post Office Box 37400<br>Tallahassee, Florida 32315 |

| Attorney |
|---|
| Mr. Carl R. Peterson, Jr.<br>PH: (850)  422-0282 |

| Invoice | Case |
|---|---|
| | Weekley |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Deposition Review | Cyril Wecht, M.D. | 1 | 500.00 | 500.00 |
| Predeposition Conference | | 1 | 500.00 | 500.00 |
| Airfare | Delta Airlines<br>Round trip from Atlanta, Georgia  to<br>Panama City, Florida | 1 | 1,266.20 | 1,266.20 |
| Hotel | Towne Place Suites Marriott | 1 | 148.04 | 148.04 |
| Car Rental | Hertz | 1 | 173.15 | 173.15 |
| Parking | Atlanta Airport Park N Ticket | 1 | 30.00 | 30.00 |
| Meals | | 1 | 18.19 | 18.19 |
| Meals | | 1 | 16.45 | 16.45 |

FEIN for Dr. Sperry:  58-2279215
In the matter of Weekley v. Walton County S.O.
Matter Number:  1972

| Total | 2,652.03 |
|---|---|

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **KRIS L SPERRY**<br>SkyMiles #*******299 Platinum | DELTA 1775<br>DELTA 1958 | 01C<br>02B |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Receipt Information

### Billing Details

| Passenger:<br>**KRIS L SPERRY** | Payment Method:<br>AX***********3004 | Ticket Number:<br>**00623721439036** |
|---|---|---|

| | |
|---|---|
| **FARE:** | 1151.62 USD |
| **Taxes/Carrier-imposed Fees:** | 114.58 |
| **Ticket Amount:** | **1266.20 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

| **Total:** | 114.58 |
|---|---|
| **Itemized:** | 11.20 AY 9.00 XF 8.00 ZP 86.38 US |

### Fare Details

**ATL DL PFN575.81MA00A0RJ/WNUP DL ATL575.81MA00A0RJ/WNUP USD1151.62END ZP ATLECP XF ATL4.5ECP4.5**

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| KRIS L SPERRY | 00623721439036 | LAXWEB | 22OCT14 | 22OCT15 |

### Baggage Fees



**TownePlace Suites by Marriott**     903 E. 23rd Place | Panama City, FL 32405
phone 850.747.0609

K. Sperry

room: 238

room type: STKT

number of guests: 1          clerk:

rate: $139.00

arrive: 29Oct14     time: 02:47PM     depart: 30Oct14     time:     folio number: 50793

| Date | Description | Charges | Credits |
|---|---|---|---|
| 29Oct14 | room charge | 139.00 | |
| 29Oct14 | occupancy sales tax | 9.04 | |
| 30Oct14 | American Express | | 148.04 |
| | card #: AXXXXXXXXXXXXX3004/XXXX | | |
| | amount:  148.04  auth: 546684  signature on file | | |
| | this card was electronically swiped on 29oct14 | | |
| | balance: | 0.00 | |

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email? Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

**Hertz**

#01 RN   RR 50441470?

KRIS SPERRY                                CC

INITIAL CHARGES

| | | | |
|---|---|---|---|
| ENT RT $ 94.99 / DAY @ 1 / DAYS | | $ | 94.99 |
| ENT RT $ 15.83 / HOUR @ 2 / HOURS | | $ | 31.66 |
| SUBTOTAL 1 | | $ | 126.65 |
| DISCOUNT - R   15% | | $ | 19.00 |
| SUBTOTAL LESS DISCOUNT | | T $ | 107.65 |

CHARGES ADDED DURING RENTAL

| | |
|---|---|
| CDW | DECLINED |
| IS | DECLINED |
| AI, PEC | DECLINED |
| REM RD SVC | DECLINED |
| FUEL & SERVICE $ 9.89 GALLON / TANK CAP 21.0   T $ | 25.96 |

ADDITIONAL CHARGES

SERVICE CHARGES/TAXES

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 12.30 |
| VEHICLE LICENSING COST RECOVERY | 1.40% | $ | 1.51 |
| F SURCHARGE | | $ | .64 |
| FC & FL SRC | | $ | 13.06 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| TAX   6.500% ON TAXABLE TTL OF $   161.97 | | $ | 10.54 |
| **TOTAL AMOUNT DUE** | | **$** | **173.15** |

CHARGED ON  AMX     XXXXXXXXXX3004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 00599 / 8967671    14 N/LSRXAWD5P3.6N
LICENSE:   FL CIFK42
FUEL:   NOT FULL   8 /8 OUT   7 /8 IN
MILEAGE IN:    14867        TR-X MILES:
MILEAGE OUT:   14816        MILES ALLOWED:
MILES DRIVEN:    51          MILES CHARGED:
RDP:   00014 - AAA AUTO CLUB SOUTH

RENTED:    NW FL BEACHES INTL AP
RENTAL:    10/29/14 13:50
RETURN:    10/30/14 16:02
RETURNED:  NW FL BEACHES INTL AP
COMPLETED BY:   4854/FLPAN23

PLAN IN:    MCLD        RATE CLASS:  I
PLAN OUT:   MCLD
IF:    DL 2061384299

**STATEMENT OF CHARGES - NOT VALID FOR RENTAL**

---

# Park 'N Ticket
## 404-669-3800
### www.parknticket.com

10/30/2014 9:18:00 PM

Location: PnT Atlanta
Register:                    #8
Cashier:                     Lynda
Transaction/Receipt#:        770317
Claim Check#:                1384254
Pin#:                        9444
Membership#:      9043061
Group/Corporation:

Parking Summary

| | | |
|---|---|---|
| In Date/Time: | 10/29/2014 | 11:40 AM |
| Out Date/Time: | 10/30/2014 | 9:18 PM |
| Parking Type: | | Covered |

Rate =
    GENERAL RATE
    $15.00 (Daily) X  2
Period Total:   1 Days 9 Hours 37 Min
    Parking Subtotal =   $30.00
Parking Tax / Fee Total   =   $0.00
Parking Total      =   $30.00

Grand Total

| | | |
|---|---|---|
| Parking | = | $30.00 |
| Total | = | $30.00 |
| Total Paid    : | | $30.00 |

Amex  $30.00
XXXXXXXXXXX3004

X

SPERRY, KRIS L
$30.00 Charged to Amex
 ending in 3004

You earned 30 points
for being a member. You have 2900 points
available for future stays.

http://www.parknticket.com



FILING FEE(S)

# CHECK REQUEST

Payee(s):        Carl Peterson

Check Amount:    $455.00

For:             Reimbursement - Filing Fee (Appeal)

Charge to:  Firm      _____

            Client:   1972        (Est. of Weekley v. WCSO)
                      _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.

Carl R. Peterson, Jr.                                          17558
Client Costs Advanced:Filing Fee    #1972        6/14/2013
                                                              455.00

Checking        Reimbursement                           455.00

SF5001-1    SAFEGUARD. LITHO USA  SFSL1GS CK7S081115   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143   H6GYGC0010000  T03SF005168

**Beverly Cowart**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, June 14, 2013 10:40 AM |
| **To:** | Beverly Cowart |
| **Subject:** | Pay.gov Payment Confirmation: FLND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Philip Detweiler at (850) 521-3522.

Application Name: FLND CM ECF
Pay.gov Tracking ID: 25B5RJJF
Agency Tracking ID: 1129-2668383
Transaction Type: Sale
Transaction Date: Jun 14, 2013 10:40:17 AM

Account Holder Name: CARL PETERSON
Transaction Amount: $455.00
Billing Address: 3312 Vaillan Court
City: Tallahassee
State/Province: FL
Zip/Postal Code: 32312
Country: USA
Card Type: AmericanExpress
Card Number: ***********1002


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

SERVICE FEES (SUMMONS/SUBPOENAS)

## CHECK REQUEST

Payee(s):      Diane Carmichael Process Service

Check Amount:   $195.00

For:            Service Fee (rush 3 subpoenas @ $65.00 ea.)

Charge to:  Firm        _____

                        1972        (Est. of Weekley v. WCSO)
            Client:     _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.

Diane Carmichael Process Service                                    17008
Client Costs Advanced:Service Fee                   12/11/2012       195.00

Checking        Service fees: Weekley, E/O v. Walton CSO (#19          195.00

SF6001-1

SAFEGUARD   LITHO USA   SF5L1GS   CK75001115        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850-562-7143       H6GYGC0010000   T93SF005168

CHECK REQUEST

September 10, 2014

| | |
|---|---|
| Payee: | DeWayne Evans |
| Check Amount: | $75.00 |
| For: | Service Fee - subpoena for deposition |

Charge to:       Firm       _____

                 Client:    1972        (Est. of Weekley v. WCSO)
                            _____

Detail of Explanation/address of check recipient:

Requested by:       BEV

---

JOLLY & PETERSON, P.A.                                          18740

DeWayne Evans                                   9/10/2014
Client Costs Advanced:Service Fee                               75.00

Checking          Service fee: Weekley v. WCSO (#1972)          75.00

SAFEGUARD.   LITHO USA   SF5001-1   BSL103   OO5001115    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143    J6H0ZX0010000   T03SF005168



# Robert M. Tarter
*Certified Process Service*
P.O. Box 4351 • Pensacola, FL 32507
(850) 206-6831

TO: ___Carl R. Peterson, Jr___   DATE: ___10-16-14___

Iris Weekley, Ctc. Vs Hon. Michael Adkinson, CT AL

CASE #: ___5:12CV00170-MW-CJK___

| Mile R/T | SERVICE PERFORMED | FEE |
|---|---|---|
| | **Normal Service: 20:00 each** | |
| | **Expedite (Same Day)** | |
| | | |
| | **Additional Service:** | |
| | **Subpoena to Appear & Testify at a Hearing or Trial in a Civil Action** | |
| | | |
| 173 | Donna Smith | $120.00 |
| | Walton County Sheriff's Office | |
| | 752 Triple G, Road | |
| | Defuniak Springs, FL. 32433 | |
| | Paid: | $75.00 |
| | | |
| | **Service Received On: 10-14-14 @ 3:10PM** | |
| | **Delivered On: 10-16-14 @ 11:53AM** | |
| | | |
| | **Balance** | $45.00 |

*Thank You*

## CHECK REQUEST

October 7, 2014

Payee(s):  Robert Tarter

Check Amount:  ~~$40.00~~  $ 30.⁰⁰

For:  Service Fee

Charge to:  Firm  _____

1972  (Weekley v. Embry)

Client:  _____

Detail of Explanation/address of check recipient:

Requested by:  BEV

JOLLY & PETERSON, P.A.

1881

Robert Tarter
Client Costs Advanced:Service Fee                    10/7/2014           30.00

Checking          Service fee - Weekley, E/O v. WCSO (#1972)                        30.00

SAFEGUARD   LITHO USA - SF6L1GS  DK25811S          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7443

# CHECK REQUEST

October 7, 2014

Payee(s):        Walton County Sheriff's Office

Check Amount:    $40.00

For:             Service Fee

Charge to:   Firm        _____

                1972           (Weekley v. Embry)

          Client:        _____

Detail of Explanation/address of check recipient:

Requested by:    BEV

JOLLY & PETERSON, P.A.

Walton County Sheriff's Office                                          18816
Client Costs Advanced:Service Fee                    10/9/2014
                                                                40.00

Checking

Service fee: Weekley v. Embry (#1972)                                   40.00

SAFEGUARD. LITHO USA   SF5001-1   SFSL1GS  CK7506111S      TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 662-7143   JGHJLY0010000   T03SF005160

# CHECK REQUEST

October 10, 2014

Payee(s):          Robert Tarter

Check Amount:      $75.00

For:               Service Fee - 1 trial subpoena (Laurel Hill)

Charge to:  Firm       _____

                1972          (Est. of Weekly v. Embry)

            Client:    _____

Detail of Explanation/address of check recipient:

Requested by:     BEV

JOLLY & PETERSON, P.A.                                          18817

Robert Tarter                                    10/10/2014
Client Costs Advanced:Service Fee                              75.00

Checking        Service fee - Weekley, E/O v. WCSO (#1972)          75.00

SAFEGUARD. LITHO USA   SFS1.1GS  DI7S08111S
SF5001-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143      J5H3LY0010000   T03SF005168

# CHECK REQUEST

Payee(s):          Emerald Coast Legal ~~Services~~ *Process*

Check Amount:    $240.00

For:               Service Fee

404 Oakland Cir.
FWB   32548

Charge to:   Firm          _____
                            1972
                            ~~1994~~          Est. of Weekley v. WCSO
             Client:        _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.

Emerald Coast Legal Process
Client Costs Advanced:Service Fee                    10/9/2012          16841

                                                                        240.00

Checking        Service fees: Weekley, E/O v. WCSO (#1972)            240.00

SAFEGUARD.  LITHO USA   SF5001-1   SFSL1GS  CK7S08111S   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143   H6GYGC0010000   T03SF005168

# CHECK REQUEST

Payee(s):      Diane Carmichael Process Service

Check Amount:  $195.00

For:           Service Fee (rush 3 subpoenas @ $65.00 ea.)

Charge to:  Firm        _____

            Client:     1972        (Est. of Weekley v. WCSO)
                        _____

Detail of Explanation/address of check recipient:

JOLLY & PETERSON, P.A.

Diane Carmichael Process Service                    12/11/2012        17008
Client Costs Advanced:Service Fee                                     195.00

Checking            Service fees: Weekley, E/O v. Walton CSO (#19                 195.00

SF5001-1
SAFEGUARD.  LITHO USA   SFSL1GS  CK7S081115        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143        H6GYGC0010000   T03SF005168

COURT REPORTING/TRANSCRIPT FEES

# INVOICE

**FREEDOM**
FREEDOMREPORTING.COM
Phone: 205-397-2397 ... 877-373-3660 Toll Free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194783 | 10/21/2014 | 155357 |
| **Job Date** | **Case No.** | |
| 10/10/2014 | 3:12-CV-139-RS-CJK | |
| **Case Name** | | |
| Iris Weekley, Estate of Jeffery Weekley vs. Hon. Michael Adkinson Sheriff | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Carl R. Peterson, Jr.
Jolly & Peterson PA
2145 Delta Blvd
Suite 200
Tallahassee, FL  32303

| ORIGINAL TRANSCRIPT OF: | | |
|---|---|---|
| Ronda Daugherty | 102.00  Pages | 316.20 |
| Exhibit | 54.00  Pages | 18.90 |
| Half Day Appearance Fee | | 60.00 |
| Condensed | | 10.00 |
| Depo Drive | | 15.00 |
| Delivery - Ground-UPS | | 11.50 |
| | **TOTAL DUE  >>>** | **$431.60** |

Reporter:  Audra Kirkland

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due upon receipt.  tw

Tax ID: 20-2776665

---

*Please detach bottom portion and return with payment.*

Carl R. Peterson, Jr.
Jolly & Peterson PA
2145 Delta Blvd
Suite 200
Tallahassee, FL  32303

| | | | |
|---|---|---|---|
| Job No. | : 155357 | BU ID | : FCR |
| Case No. | : 3:12-CV-139-RS-CJK | | |
| Case Name | : Iris Weekley, Estate of Jeffery Weekley vs. Hon. Michael Adkinson Sheriff | | |
| Invoice No. | : 194783 | Invoice Date | : 10/21/2014 |
| **Total Due** | **: $ 431.60** | | |

R    To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL  35203**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**FREEDOM**
FREEDOMREPORTING.COM
Phone: 205-397-2397 [tel] • 877-373-3660 [fax]

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194379 | 10/17/2014 | 157110 |
| **Job Date** | **Case No.** | |
| 10/10/2014 | 3:12-CV-139-RS-CJK | |
| **Case Name** | | |
| Iris Weekley, Estate of Jeffery Weekley vs. Hon. Michael Adkinson Sheriff | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Carl R. Peterson, Jr.
Jolly & Peterson PA
2145 Delta Blvd
Suite 200
Tallahassee, FL 32303

| 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Ronda Daugherty | 66.00  Pages | 148.50 |
| Condensed | | 10.00 |
| Delivery - Ground-UPS | | 10.50 |
| | **TOTAL DUE >>>** | **$169.00** |

Reporter: Audra Kirkland
**Video**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt. tw

**Tax ID: 20-2776665**

---

*Please detach bottom portion and return with payment.*

Carl R. Peterson, Jr.
Jolly & Peterson PA
2145 Delta Blvd
Suite 200
Tallahassee, FL 32303

| | | | |
|---|---|---|---|
| Job No. | : 157110 | BU ID | :FCR |
| Case No. | : 3:12-CV-139-RS-CJK | | |
| Case Name | : Iris Weekley, Estate of Jeffery Weekley vs. Hon. Michael Adkinson Sheriff | | |
| Invoice No. | : 194379 | Invoice Date | :10/17/2014 |
| **Total Due** | **: $ 169.00** | | |

R      To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

INVOICE NO:   02013072

Mr. Carl R. Peterson
Jolly & Peterson
2145 Delta Boulevard, Suite 200
Tallahassee, FL 32315

Phone:

crp@jollylaw.com

**MAKE CHECKS PAYABLE TO:**

Lisa Girod Jones, RMR, CRR
United States Court Reporter
111 N. Adams St., Ste. 523
Tallahassee, FL 32301

Phone:   (850) 513-1145

Tax ID:   26-0672496
lisa@lisagjones.com

| | | |
|---|---|---|
| [X] CRIMINAL   ☐ CIVIL | DATE ORDERED: 06-18-2013 | DATE DELIVERED: 07-16-2013 |

**Case Style:** 5:12CV170, Iris Weekley v Michael Adkinson
6/5/2013 Transcript of Hearing on all pending motions
before Hon. Mark E. Walker

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 104 | 3.65 | 379.60 | | | | | | | 379.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 379.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $379.60 |

*1972*  *7/16/13*

**ADDITIONAL INFORMATION**
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 07-16-2013 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com.au

*Hitchcock & Associates*

P.O. Box 13253
Pensacola, FL 32591
(850) 434-6447
(850) 434-0415 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2013 | 13-2684FS |

**Bill To**

CARL R. PETERSON, JR., ESQUIRE
JOLLY & PETERSON
P.O. BOX 37400
TALLAHASSEE, FLORIDA 32315

**Ship To**

| TERMS | DUE DATE | REP | FEDERAL ID# | JOB NUMBER |
|-------|----------|-----|-------------|------------|
| 1.5% after 30 | 5/22/2013 | FS | 59-2845364 | |

| Item | Description | Amount |
|------|-------------|--------|
| | IRIS WEEKLEY, as Personal Representative for the Estate of Jeffrey Weekley, Plaintiff, vs. HON. MICHAEL ADKINSON, et. al. Defendants. | |
| | Case No: 5:12cv170-RS-CJK | |
| | Depositions of the following taken at the Florida Department of Law Enforcement, 1301 Palafox Street, Pensacola, Florida on October 24, 2012 - | |
| | Eli Lawson - 78 pages  Dennis Nordstrom - 19 pages  Steven Desposito - 27 pages  John Millward - 19 pages  Carl Causey - 24 pages | |
| Transcript | ONE COPY: 167 pages @ 2.25 pp | 375.75 |
| Indexing | courtesy | 0.00 |
| Condensed | courtesy | 0.00 |
| Exhibits | 2 copies @ .30 pp | 0.60 |
| P&H | Postage & Handling | 8.75 |

It's been a pleasure working with you!

**Total** $385.10

# CHECK REQUEST

Payee(s):          Daniels & Rackard Reporting

Check Amount:   $772.30

For:               Depo Transcripts:  Embry, Adkinson, Chamblee,
                        McDermon & Rowell (Inv. RD12-1023-1b = $431.55)
                   Depo Transcripts:  Stanley, Yates & Smith
                        (Inv. #RD13-0129-3b = $340.76)


Charge to:  Firm        _____

               1972          (Est. of Weekley v. WCSO)

          Client:        _____


Detail of Explanation/address of check recipient:

---

JOLLY & PETERSON, P.A.

Daniels & Rackard Reporting
Client Costs Advanced:Transcript          Invoice #RD12-1023-1b (#1972)        5/15/2013          17467
Client Costs Advanced:Transcript          Invoice #RD13-0129-3b (#1972)
                                                                                        431.55
                                                                                        340.75

Checking          Invoice #RD12-1023-1b, #RD13-0129-3b

                                                                                        772.30

SF5001-1
SAFEGUARD. LITHO USA  SFSL1GS  CK7S081115          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143          H6GYGC0010000  T03SF005168

# Daniels & Rackard Reporting

1817 Lewis Turner Boulevard, Suite F
Fort Walton Beach, FL 32547

Tel: (850) 864-DEPO
Fax: (850) 864-5600
Email: depos@cox.net

## INVOICE

**April 17, 2013**
**Invoice No. RD12-1023-1b**

**Bill To:**
Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
Post Office Box 37400
Tallahassee, FL 32315

*Payable upon receipt*
Tax ID No. 20-1880662
**Please make checks payable to:**
Daniels & Rackard Reporting
Include Invoice number on check

| Case: | Iris Weekley vs. Hon. Michael Adkinson and Nicholas Embry | | | Case No. | 5:12cv170 |
|---|---|---|---|---|---|
| | | | | | |
| Deposition of: | Nicholas Embry | | | Taken: | October 23, 2012 |
| Transcript, one copy | | | | | |
| ▪ Pages - | 56 | @ | $2.20 | $123.20 | |
| Exhibit Copies, B&W | 1 | @ | $0.35 | $0.35 | |
| | | | | | |
| Deposition of: | Michael Adkinson | | | Taken: | October 23, 2012 |
| Transcript, one copy | | | | | |
| ▪ Pages - | 33 | @ | $2.20 | $72.60 | |
| | | | | | |
| Deposition of: | Keith Chamblee | | | Taken: | October 23, 2012 |
| Transcript, one copy | | | | | |
| ▪ Pages - | 28 | @ | $2.20 | $61.60 | |
| | | | | | |
| Deposition of: | Julie Poweel McDermon | | | Taken: | October 23, 2012 |
| Transcript, one copy | | | | | |
| ▪ Pages - | 29 | @ | $2.20 | $63.80 | |
| | | | | | |
| Deposition of: | Audie Rowell | | | Taken: | October 23, 2012 |
| Transcript, one copy | | | | | |
| ▪ Pages - | 50 | @ | $2.20 | $110.00 | |

| TOTAL | $431.55 |
|---|---|

*We Now Have Videoconferencing Available.*
*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

# Daniels & Rackard Reporting

1817 Lewis Turner Boulevard, Suite F
Fort Walton Beach, FL 32547

Tel:  (850) 864-DEPO
Fax: (850) 864-5600
Email: depos@cox.net

## INVOICE

### April 17, 2013
### Invoice No. RD13-0129-3b

**Bill To:**
Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
Post Office Box 37400
Tallahassee, FL 32315

*Payable upon receipt*
Tax ID No.  20-1880662
**Please make checks payable to:**
Daniels & Rackard Reporting
Include Invoice number on check

| Case: | Iris Weekley vs. Hon. Michael Adkinson and Nicholas Embry | | | Case No. | 5:12cv170 |
|---|---|---|---|---|---|

| Deposition of: | | Fred Stanley | | Taken: | January 29, 2013 |
|---|---|---|---|---|---|
| Transcript, one copy | | | | | |
| • Pages - | 66 | @ | $2.20 | $145.20 | |

| Deposition of: | | Angelique Yates | | Taken: | January 29, 2013 |
|---|---|---|---|---|---|
| Transcript, one copy | | | | | |
| • Pages - | 44 | @ | $2.20 | $96.80 | |

| Deposition of: | | Donna Smith | | Taken: | January 29, 2013 |
|---|---|---|---|---|---|
| Transcript, one copy | | | | | |
| • Pages - | 37 | @ | $2.20 | $81.40 | |

| Postage & Handling | $17.35 |
|---|---|

| **TOTAL** | **$340.75** |
|---|---|

*We Now Have Videoconferencing Available.*
*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

# CHECK REQUEST

Payee(s):          Snyder Reporting Services

Check Amount:   $273.45

For:                  Deposition Transcript of Dr. Wecht (Inv. 1978-J)

Charge to:   Firm          _____

                        1972          (Est. of Weekley v. ECSO)

            Client:          _____

Detail of Explanation/address of check recipient:

Requested by:      BEV

---

JOLLY & PETERSON, P.A.

Snyder Reporting Services
Client Costs Advanced:Transcript          #1972                          4/26/2013                17423

                                                                                                                                273.45

Checking          Invoice #1978-J                                                                                    273.45

SAFEGUARD. LITHO USA  SF5L1GS  CK750811IS          SF5001-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143          H6GYGC0010000   T03SF005166

# SNYDER REPORTING SERVICES

*Professional Court Reporting*

535 Smithfield Street, Suite 603
Pittsburgh, Pennsylvania  15222
412 338-1058
www.snyderreporting.com

# INVOICE

| BILL DATE | INVOICE # |
|-----------|-----------|
| 3/27/2013 | 1978-J |
| TAX ID: 26-0185216 | |

**BILL TO:**

Carl R. Peterson, Esquire
Jolly & Peterson, P.A.
Post Office Box 37400
Tallahassee, FL  32315
850.422.0282

**RE**

Iris Weekley, et al
vs
Hon. Michael Adkinson, et al

| Date Taken | Terms | Rep |
|------------|-------|-----|
| 2/27/13 | Net 30 | JMK |

| Item | Quantity | Description | Amount |
|------|----------|-------------|--------|
| OM | 64 | ORIG. MEDICAL | 211.20 |
|  |  | DEPO(S) OF:   Cyril H. Wecht, B.S., M.D., J.D. |  |
| AF-1 |  | Appearance Fee | 50.00 |
| EO |  | Exhibits - Attach Original(s) +email | 1.00 |
| e-transcript |  | E-Transcript - Choice of:  Summation .pdf, RealLegal .ptx, .txt, Amicus | 5.00 |
| P |  | Postage | 6.25 |

**For your convenience, we accept MasterCard, Visa and Discover Card.**
**1.888.853.0523**

**Thank you for your business.  Please note, a 1.5% per month late fee will apply to overdue invoices

**TOTAL**          **$273.45**

Pay online at: https://ipn.intuit.com/pfvzw2bw

# CHECK REQUEST

Payee(s):       Wilkinson & Associates

Check Amount:   $317.80

For:            Deposition Transcripts: Katie and Iris Weekley
                Inv. W13-016

Charge to:   Firm        _____

                         1972          (Est. of Jeffrey Weekley v. WCSO)

          Client:        _____

Detail of Explanation/address of check recipient:

Requested by:     BEV

JOLLY & PETERSON, P.A.

Wilkinson & Associates                                              17398
Client Costs Advanced:Transcript      #1972          4/15/2013
                                                                   317.80

Checking        Invoice #W13-016

SF5001-1                                                            317.80
SAFEGUARD.  LITHO USA  SFSL1GS  CK75081115    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143    H6GYGC0010000   T03SF005168

# WILKINSON & ASSOCIATES
## Certified Court Reporters
Post Office Box 13461
Tallahassee, Florida  32317
850-224-0127/Fax 850-576-6176
Tax ID No. 56-2311899

**TO:**  CARL R. PETERSON, JR., ESQ.
Jolly & Peterson
2145 Delta Boulevard
Tallahassee, Florida  32303

**RE:** IRIS WEEKLEY, as Personal
Representative of Estate of
Jeffery Weekley vs. Hon. Michael
Adkinson, Sheriff of Walton County
and Nick Embry
Case No. 5:12-cv-170-MW-CJK
US DISTRICT COURT

**INVOICE NO:**  W13-016          **REPORTER: Catherine Wilkinson**

---

**BILLING DATE:  3-6-13**

**APPEARANCE FEE:**  Depositions of Katie Weekley and Iris Weekley  **$  70.00**
taken on 3-1-13 from 1:00 p.m. to 2:15 p.m.

**TRANSCRIPT COSTS:**  Depositions of Katie Weekley and Iris Weekley
on 3-1-13

**Original, One Copy, $ 4.20  Per Page  59  Pages          $  247.80**

**One Copy, $___ Per Page _____ Pages          $**

**Exhibits: ____ pages at $.35 Per Page          $**

**Mailing Costs:          $**

**THANK YOU!          TOTAL:    $  317.80**

# CHECK REQUEST

Payee(s):          Daniels & Rackard Reporting

Check Amount:   $379.69

For:               Deposition Transcript:  Mary Burch (Inv. SR13-0130-3a)

Charge to:   Firm        _____

                    1972        (Est. of Weekley v. WCSO)

          Client:        _____

Detail of Explanation/address of check recipient:

Requested by:      BEV

---

JOLLY & PETERSON, P.A.

Daniels & Rackard Reporting                                        3/15/2013                    17306
Client Costs Advanced:Transcript        #1972                                            379.69

Checking              Invoice #SR13-0130-3a                                              379.69

# Daniels & Rackard Reporting

1817 Lewis Turner Boulevard, Suite F
Fort Walton Beach, FL 32547

Tel:  (850) 864-DEPO
Fax: (850) 864-5600
Email: depos@cox.net

## INVOICE

**February 7, 2013**
**Invoice No. SR13-0130-3a**

**Bill To:**
Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
Post Office Box 37400
Tallahassee, FL 32315

*Payable upon receipt*
Tax ID No.  20-1880662
**Please make checks payable to:**
Daniels & Rackard Reporting
Include Invoice number on check

| Case: | Iris Weekley vs. Hon. Michael Adkinson, et al | Case No. | 3:12-cv-139 |
|---|---|---|---|

| Deposition of: | Mary E. Burch | Taken: | January 30, 2013 |
|---|---|---|---|

Transcript, original and one copy

| | | | | |
|---|---|---|---|---|
| ▪ Pages - | 53 | @ | $4.75 | $251.75 |

Court Reporter Appearance Fee

| | | | | |
|---|---|---|---|---|
| ▪ First Hour - | 1 | @ | $65.00 | $65.00 |
| ▪ Subsequent Hrs - | 0.5 | @ | $45.00 | $22.50 |

Travel Time

| | | | | |
|---|---|---|---|---|
| ▪Hours | 1.5 | @ | $20.00 | $30.00 |

| | | |
|---|---|---|
| Postage & Handling | | $10.44 |

| **TOTAL** | **$379.69** |
|---|---|

*We Now Have Videoconferencing Available.*
*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

# CHECK REQUEST

## January 4, 2013

Payee(s):     Hanson/Renaissance
              Court Reporters & Video
                                            Tax ID.:  38-2436945

Check Amount:   $442.65

For:            Transcript

Charge to:      Firm          ____

                Client:       1972          Weekley, E/O Jeffrey v. Walton Co.


Detail of Explanation/address of check  recipient:

              Hanson/Renaissance
              Court Reporters & Video
              400 Renaissance Center
              Suite 2160
              Detroit, Mi 48243


                              Requested by:  Kathie for Carl

---

JOLLY & PETERSON, P.A.                                                        17190

Hanson/Renaissance Court Reporters                          1/29/2013
Client Costs Advanced:Transcript        #1972                              442.65

Checking          Invoice #401877                                         442.65

SAFEGUARD.  LITHO USA   SFSL1GS  CK7S08111S       TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143     H6GYGC0010000   T03SF005168

# HANSON/RENAISSANCE
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

Job #: 121218DER2
Job Date: 12/18/2012
Order Date: 12/18/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 401877
**Inv.Date:** 12/28/2012
**Balance:** $442.65

---

**Bill To:**
Mr.  Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
2145 Delta Boulevard
Suite 200
Tallahassee, FL 32304

**Action:** **Weekley, Iris**
**vs**
**Adkinson, Michael, Hon.**
**Action #:** 12-CV-139-RS-CJK
**Rep:** DER
**Cert:** 0087

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|------------|--------|
| 1 | David Balash | Original & One Mini Copy Expert | Pages | 93 | $3.60 | $0.00 | $334.80 |
| 2 | | Etrans in .ptx | Service | 1.00 | $15.00 | $0.00 | $15.00 |
| 3 | | Attendance- | Hour | 2.50 | $25.00 | $0.00 | $62.50 |
| 4 | | Exhibit(s) | Copies | 10.00 | $0.25 | $0.00 | $2.50 |
| 5 | | Exhibit(s)-Color | Copies | 3.00 | $0.95 | $0.00 | $2.85 |
| 6 | | Shipping & Handling | 1 | 1.00 | $25.00 | $0.00 | $25.00 |

**Comments:**

Thank You.Detroit Videoconferencing.Visa/MasterCard/American Express/Discover Accepted

| | |
|---|---|
| Sub Total | $442.65 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $442.65 |
| Payment | $0.00 |
| **Balance Due** | $442.65 |

**Federal Tax I.D.:** 38-2436945    **Terms:** After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr.  Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
2145 Delta Boulevard
Suite 200
Tallahassee, FL 32304

**Deliver To:**
Mr.  Carl R. Peterson, Jr.
Jolly & Peterson, P.A.
2145 Delta Boulevard
Suite 200
Tallahassee, FL 32304

# Invoice

#1972
OK
Qu 1/5/13

**Invoice #:** 401877
**Inv.Date:** 12/28/2012
**Balance:** $442.65
**Job #:** 121218DER2
**Job Date:** 12/18/2012
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# HANSON/RENAISSANCE
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com